# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DUNKIN' DONUTS FRANCHISED RESTAURANTS LLC,**
**DD IP HOLDER LLC,**
**BASKIN-ROBBINS FRANCHISED SHOPS LLC,**

          **Plaintiffs,**

**-vs-**                                                                           **Case No.  6:07-cv-573-Orl-18KRS**

**COLONIAL DONUTS, INC.,**
**KEVIN SMALL,**
**YVONNE SMALL,**

          **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motions filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION TO TAX ATTORNEYS' FEES AND COSTS (Doc. No. 29)** |
| **FILED:** | **May 7, 2007** |

| | |
|---|---|
| **MOTION:** | **UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY BRIEF (Doc. No. 37)** |
| **FILED:** | **May 30, 2007** |

In as much as there are matters still being litigated in the present case, the plaintiffs' alternative request that the Court permit them to file a motion for attorneys' fees and costs after resolution of all causes of action in this case would best serve the interests of justice. This resolution also eliminates the need for the plaintiffs to file a reply memorandum.

Accordingly, it is **ORDERED** that the Motion to Tax Attorneys' Fees and Costs (Doc. No. 29) is **GRANTED** in part and **DENIED** in part without prejudice. It is further **ORDERED** that the time for filing a motion for attorneys' fees and a Bill of Costs shall begin to run on the date that the Court enters a final judgment or the case is otherwise finally concluded by settlement. Finally, it is **ORDERED** that the Unopposed Motion for Leave to File a Reply Brief (Doc. No. 37) is **DENIED** as moot.

**DONE** and **ORDERED** in Orlando, Florida on June 8, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record